People v Boyd (2024 NY Slip Op 06523)

People v Boyd

2024 NY Slip Op 06523

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: BANNISTER, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Dec. 20, 2024.) 

MOTION NO. (98/18) KA 14-00955.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DARRELL BOYD, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.